IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DANTE DILLARD, | § | |
| | § | No. 28, 2021 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below – Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. 1105015873 (N) |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: May 25, 2021
Decided: June 17, 2021

**O R D E R**

On January 28, 2021, the Court issued a briefing schedule; the appellant's opening brief was due March 16, 2021. On March 1, 2021, the Court granted the appellant's request for an extension, ordering that the appellant's opening brief was due April 15, 2021. On April 21, 2021, the Chief Deputy Clerk sent a brief delinquency letter to the appellant. On May 5, 2021, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief. On May 13, 2021, the Court received the certified mail receipt indicating that the notice to show cause had been delivered. A timely response to the notice to show cause would have been due on or before May 24, 2021. The appellant has neither responded to the notice

to show cause nor filed an opening brief.  Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice